UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES<br><br>*v.*<br><br>JOHN JOHNSON, | Criminal No. 3:05-CR-00179 (JBA)<br><br>October 4, 2022 |

**ENDORSEMENT ORDER REGARDING RESPONSE TO MOTION FOR RECONSIDERATION**

Mr. Johnson has moved for reconsideration [Doc. # 127] of the Court's August 15, 2022 order denying his motion for sentence reduction [Doc. # 126]. No response has been filed. Pursuant to Local Rule 7(c)(2), the Court requests that the Government file its response by October 18, 2022. Should Mr. Johnson want to file a reply, his reply shall be due fourteen days thereafter, November 1, 2022.

IT IS SO ORDERED.

/s/

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 4th day of October, 2022